# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:26-cr-118 |
| Jay Sureshkumar Rakholiya | ) | |
| | ) | 1:29 pm Jan 23, 2026 |
| | ) | **RECEIVED** |
| *Defendant* | ) | **EASTERN DISTRICT OF TEXAS** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jay Sureshkumar Rakholiya ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 Conspiracy to Commit Wire Fraud

Date: 01/22/2026

*Issuing officer's signature*

City and state: Tyler, Texas

David A. O'Toole
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*